UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CITIZENS FOR A RESPONSIBLE CURRICULUM, and PARENTS AND FRIENDS OF EX-GAYS AND GAYS, <br><br> Plaintiffs, <br><br> against <br><br> MONTGOMERY COUNTY PUBLIC SCHOOLS, MONTGOMERY COUNTY PUBLIC SCHOOLS BOARD OF EDUCATION, and JERRY WEAST, in his official capacity as Superintendent, <br><br> Defendants. | Case No. AW-05-1194 |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiffs Citizens for a Responsible Curriculum and Parents and Friends of Ex-Gays and Gays hereby give notice that all claims asserted in this action are hereby dismissed with prejudice.

Respectfully submitted,

__/s/_____
John R. Garza, Bar No. 01921
17 W. Jefferson Street
Rockville, MD 20850
Tel: 301.340.8200
Fax: 301.294.6159

Local Counsel for Plaintiffs

___/s/_____
Mathew D. Staver
Erik Stanley
Rena M. Lindevaldsen
210 East Palmetto Avenue
Longwood, Florida 32750
Tel: 407-875-2100
Fax: 407-875-0770

Counsel for Plaintiffs

## PROOF OF SERVICE

I, RENA LINDEVALDSEN, hereby certify that on June 29, 2005, a copy of Plaintiffs' Notice of Dismissal, which was electronically filed in this case on June 29, 2005, was mailed via first class mail, postage prepaid, to Jonathan Franklin, Hogan & Hartson, LLP, Columbia Square, 555 Thirteenth Street, NW, Washington, DC 20004-1109.

\_\_\_/s/_____
Rena M. Lindevaldsen